UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASSIDY NeSMITH, individually and as Guardian ad Litem on behalf of SKYLER KRISTOPHER SCOTT NeSMITH, and as Successor in Interest to KRISTOPHER SCOTTT NeSMITH , <br><br>                                      Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually; and DOES 1 - 100, inclusive , <br><br>                                      Defendants. | Case No.: 15cv629 JLS (JMA)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 20) |

Presently before the Court is defendants County of San Diego and Sheriff William D. Gore's Motion to Dismiss Second Amended Complaint and to Strike Parts of the Second Amended Complaint. (ECF No. 20.)  The Court hereby **VACATES** the hearing on this Motion, set for Thursday April 7, 2016, and takes this matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  March 29, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge