THOMAS E. MONTGOMERY, County Counsel
County of San Diego
By RICKY R. SANCHEZ, Senior Deputy (SBN 107559)
    MELISSA M. HOLMES, Senior Deputy (SBN 220961)
    FERNANDO KISH, Senior Deputy (SBN 236961)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 4874
E-mail: ricky.sanchez@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASSIDY NeSMITH, individually and as Guardian ad Litem on behalf of SKYLER KRISTOPHER SCOTT NeSMITH, and as Successor in Interest to THE ESTATE OF KRISTOPHER SCOTT NeSMITH,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT; WILLIAM D. GORE, SAN DIEGO COUNTY SHERIFF; VISTA DETENTION FACILITY; and DOES 1 – 100 inclusive,<br><br>    Defendants. | No. 15cv0629-JLS (AGS)<br><br>NOTICE OF MOTION AND MOTION TO COMPEL THIRD PARTY WITNESS KELLY DAVIS TO APPEAR FOR DEPOSITION AND PRODUCE THE REQUESTED DOCUMENTS COMPLIANCE WITH SUBPOENAS<br><br>Date: February 2, 2018<br>Time: 4:00 p.m.<br>Courtroom: Suite 5160<br>Hon. Andrew G. Schopler, U.S. Magistrate Judge<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY COURT |

TO PLAINTIFFS AND KELLY DAVIS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 2, 2018, at 4:00 p.m., or as soon thereafter as the matter may be heard, in Suite 5160 of the above Court, located at 221 W. Broadway, San Diego, CA 92101, Defendant, the County of San Diego, will move the Court for an order compelling third – party witness Kelly Davis to appear for deposition and produce documents pursuant to subpoena.

///

1  This motion will be based on this Notice, the accompanying Memorandum of Points and
2  Authorities, and Notice of Lodgment, as well as all pleadings and papers on file in this
3  action.

4  DATED: January 3, 2018              THOMAS E. MONTGOMERY, County Counsel

5                                      By: s/MELISSA M. HOLMES, Senior Deputy
6                                      Attorneys for Defendant County of San Diego