# Marine's widow sues over jail death

By **Kelly Davis, Special to the U-T**

APRIL 13, 2015, 6:00 AM

The widow of a Camp Pendleton Marine who committed suicide in the Vista jail is claiming in a lawsuit that the staff was warned that her husband was likely to harm himself but failed to properly monitor him.

Kristopher Nesmith, 21, was found unresponsive in his cell just before 7 a.m. on March 1, 2014. He had fashioned a noose from a bed sheet and attached it to a ceiling light fixture. The Medical Examiner's report says Nesmith was last seen alive a little after 10 p.m. on Feb. 28.




Kris Nesmith

Nesmith was the second inmate to commit suicide in a San Diego County jail in 2014. The number grew to six before the year ended. By comparison, five inmates committed suicide last year in Los Angeles County jails, where the inmate population is more than three times the size of San Diego's.

The Sheriff's Department declined to comment on the lawsuit but responded to questions about how its jails handle suicide threats.

Spokeswoman Jan Caldwell said via email that when jail staff becomes aware that an inmate is suicidal, the inmate is immediately evaluated to determine whether he should be placed under observation or taken to the county's emergency psychiatric unit.

Caldwell said that in January, the Sheriff's Department implemented a "suicide matrix" to help identify inmates at risk of killing themselves.

"Inmates fitting a profile such as first time in custody, high-profile cases, prominent in the community, history of suicide attempts, recently convicted or sentenced to lengthy terms in prison etc.," Caldwell said, "are placed in what we are calling high observation units."

Such inmates are checked every half hour, and get a visit with mental health staff at least daily, she said.

"Inmates in these units are not issued sheets or clothing but are instead given a safety blanket and safety cell garment (tear resistant and difficult to utilize as a hanging instrument)," Caldwell said.

Attorney Chris Morris, who filed the lawsuit on behalf of Nesmith's wife, Chassidy Nesmith, and the couple's infant son, Skyler, said such policies should already have been in place.

"We know (Kris) was placed in normal clothing," Morris said. "We know from his wife he was able to buy razors. We know that he was left with bed sheets to hurt himself with, hanging from a pipe, and that he's not the first person to have died that way.

"All of that is inadequate," Morris said. "He should have been on suicide watch, and if that's their suicide watch, it's woefully deficient."

In March, Morris won a $3.2-million settlement for the family of Daniel Sisson, a Vista jail inmate who died from drug-withdrawal complications in 2011.

According to the Nesmith lawsuit, a near-miss from a bullet at Camp Pendleton's Camp Horno rifle range in April 2013 put Nesmith on a downward spiral. A few months later, he ended up in the brig, serving a four-month sentence for going AWOL and assaulting an officer. He was placed on suicide watch and monitored around the clock. Regardless, he tried three times to hang himself, the lawsuit says.

On Nov. 29, 10 days after he was released from the brig, he tried to strangle Chassidy in a restaurant parking lot, yelling that she wasn't his wife. Onlookers called police, who arrested him for domestic violence. Nesmith was linked to two other assaults based on victim descriptions of his tattoos.

**WATCHDOG**

## Investigative tips

Call or text **858-224-BARK**

BLOW THE WHISTLE

At his arraignment, the judge set Nesmith's bail at $2 million. Nesmith called his father, Scott Nesmith, that evening and told him he'd kill himself if he wasn't bailed out.

"There was something in his voice that I'd never heard before," said his father, who lives in Beach Park, Illinois.

Scott Nesmith said he called everyone who'd handed him a business card at his son's arraignment — the public defender, the deputy district attorney handling the case, a Sheriff's detective — and left messages saying he feared Kris was going to kill himself.

While he was on another call, Tracy Prior, the deputy DA, left Scott a voicemail saying she'd notified Greg Basham, a supervising investigator for the DA's office, and that Basham would "contact the jail and make the appropriate notifications."

The lawsuit says that Nesmith was never put on suicide watch. Jail medical records show that he'd been prescribed the anti-depressants Doxepin, Prozac and Trazodone and the anti-anxiety medication Prazosin. According to the Medical Examiner's report, he had "sought psychiatric assistance several times while in custody."

Nesmith was in a single cell at the time of his death, but at some point he'd had a cellmate, his widow said.

Richard Lichten, an expert in jail procedures, said that isolating a suicidal inmate increases the risk of self-harm.

"The chances of somebody attempting suicide or completing suicide when they have a cellmate is far less probable than if they're alone," Lichten said. "Many times, other inmates will come to the aid of inmates who are suicidal and put out the help call."

Chassidy Nesmith, 29, of Escondido, said that during jail visits and her daily phone calls with her husband, he'd tell her he was going to kill himself. When she visited him, he'd make slashing gestures at his neck, she said. Because phone calls and visits are monitored by jail staff, she believed the threats would be taken seriously.

"They should have protected him from himself," she said.

Nesmith's preliminary hearing took place over two days, Feb. 27 and 28.

Scott Nesmith said his son spent most of the two days in court staring straight ahead. The only time he made eye contact with his dad was when the public defender questioned one of the victims — who was carrying a metal barstool leg at the time of the altercation — about whether Nesmith might have attacked him in self-defense.

After the hearing on Feb. 28, Scott wrote to his son via the jail's email system. A printout of the email was found on his bed. Scott offered his son what encouragement he could.

"But this is the part I wish I hadn't written," Scott Nesmith said: "'There is the possibility that you could get life.'"

Scott Nesmith said his son's problems started after he returned from a six-month deployment to South Korea in late 2012. A rifleman, he was readying to deploy to Iraq when President Obama ordered a troop withdrawal.

The farm kid from Beach Park, who'd never been in trouble, started getting tattoos and swearing at his dad during phone calls, Scott said.

After the incident at Camp Horno, and nearly four years in the Marines, Nesmith told his dad he wanted out.

"'Dad, I almost got my head blown off,'" Scott recalled his son saying.

When he was brought back to base after going AWOL, he was labeled a deserter, Scott said.

"Every time he turned around, somebody wanted to fight with him," the father recalled. "They took a beautiful farm boy and they broke him."

Though Nesmith tried to kill himself in the brig and at one point, Scott said, was stripped of his clothes for two weeks, at least he was monitored.

Morris questioned why Kris didn't get the same level of monitoring at the Vista jail.

"Compared to what happened in the brig — Velcro suit, padded cell, constant monitoring — none of that happened in Vista," Morris said.

Nesmith's case isn't the first time Vista jail staff have been accused of failing to properly monitor a suicidal inmate.

On Feb. 6, 2013, Robert Lubsen, 26, jumped from the jail's second tier and was removed from life support six days later.

A lawsuit filed in January 2014 claimed jail staff failed to notice that Lubsen had ligature marks on his neck, which were visible in his booking photo. He'd been arrested on Feb. 5 for trying to steal computers at Cal State San Marcos and placed in a campus police department holding cell, where he tried to hang himself.

The lawsuit claimed that another inmate tried to warn deputies that Lubsen was suicidal, but was ignored.

Lawyers for the county argued that jail staff wasn't liable for failing to determine that Lubsen was a suicide risk. In October, the county and Lubsen's parents agreed to an $80,000 settlement.

*kellydaviswrites@gmail.com • Twitter @kellylynndavis*

Copyright © 2018, The San Diego Union-Tribune