# Suicides still plague county jails

By **Kelly Davis**

DECEMBER 16, 2015, 5:35 PM

View the photo gallery: Loss for Nishimoto family

Jason Nishimoto was not supposed to have a sheet in his jail cell, or anything to hang it from. But he did.

The 44-year-old, who'd been diagnosed with schizoaffective disorder, was supposed to be in a suicide watch cell with special safeguards under new policies from the San Diego County sheriff for people whose cases indicate red flags for taking their own lives.

When the jail took Nishimoto in after a family disturbance in September, his mother, Rochelle Nishimoto of Vista, received reassurances in a phone call from a nurse.

"'OK, don't worry mom, we'll take good care of your son,'" Rochelle Nishimoto said she was told, shortly before her son carried out his suicide.

> **Previously**
>
> - Marine's widow sues over jail death
> - County pays $1M in girl's suicide

The county instituted new policies and protocols this year in an effort to reduce such deaths, after six last year. The effort is partly to better care for inmates, and partly to save taxpayers from multi-million-dollar legal settlements that have resulted from jail deaths.

The protocols seemed to pay off for the first half of 2015, but a rash of suicides in the fall have brought the total for 2015 to five so far.

That number is significant in comparison to the other five largest jail systems in California. San Bernardino has had three jail suicides. Los Angeles and Santa Clara have had one each. And Orange and Sacramento counties have had none.

Los Angeles County, with three times the jail population of San Diego, came to its single jail suicide this year after experiencing 10 in 2013.

The drop in L.A. jail suicides is the result of a federal investigation — and a subsequent agreement with the U.S. Department of Justice — regarding treatment of mentally ill inmates, including suicide prevention. In September, L.A. County agreed to pay $1.6 million to the family of 21-year-old Austin Losorelli, a suicidal inmate who was transferred to a single-person cell where he hung himself.

"This is costly for counties," said Peter Eliasberg, legal director at the American Civil Liberties Union of Southern California. "Where there's these warning signs and basic protective steps aren't taken, counties can get slammed."

San Diego County started 2015 off with a jail suicide on Jan. 6, before its new protocols were fully implemented. Then for seven months, there were no suicides.

On Aug. 18, Sergio Valenzuela, 20, was found hanging in his cell in the Central Jail. According to the medical examiner's report, Valenzuela struggled with drug addiction and had previously been hospitalized for a suicide attempt.

On Sept. 29, Martin Dozal, 38, killed himself at the George Bailey Detention Facility in Otay Mesa. Nicholas Medel committed suicide there on Nov. 8.

Nishimoto's trip to jail started with a suicide attempt. On Sept. 24, he swallowed a bottle of the prescription medication Klonopin. His mother found the empty medication bottle and called Jason's brother, Adrian, who lived nearby.

When the brother arrived, Nishimoto was trying to leave in his car. He picked up a shovel and threatened to hit his brother, who called 911.

Family members said they told the dispatcher — and the deputies who arrested Nishimoto over the physical threats — about the suicide attempt and ongoing risk. His mother also told the jail psychiatric nurse who called the next day with questions about medication.

Communication between arresting officers and jail staff about at-risk individuals is a big part of the county's inmate suicide prevention protocol. In Nishimoto's case, there appears to have been a lapse.

"We told you, we told you, we told you," Rochelle Nishimoto said.

Nishimoto had never been to jail, and never been arrested, his mother said. He had attempted suicide in August as well, also with Klonopin, she said. He was treated at Tri-City Medical Center and put on suicide watch. After he was released, he seemed to be doing OK, she said.

"We always got through hard spots before," she said.

The medical examiner's report notes that at the time of his arrest in September, Nishimoto "made suicidal statements and stated he had consumed a large amount of pills." Deputies took him to the emergency room at Tri-City, where he was cleared before being booked into jail.

At the jail, the report says, Nishimoto was placed in a single-occupancy cell and allowed out only one hour a day, "with no other inmates allowed out of their cell at the same time."

The medical examiner's report says Nishimoto was seen by a psychiatric nurse on Sept. 25 and had an appointment to see a psychiatrist on Sept. 27, the day he was found hanging in his cell.

Attorney Chris Morris said he plans to file a lawsuit on Rochelle Nishimoto's behalf.

"If [Jason Nishimoto's] treatment followed the new suicide matrix, then clearly the suicide matrix

is not accomplishing its stated goal," Morris told The San Diego Union-Tribune.

Earlier this year, Morris filed a lawsuit on behalf of the family of Kristopher Nesmith, a 21-year-old Marine who hung himself in the Vista jail in March 2014, reportedly after threatening suicide multiple times. Morris was the attorney who, this past March, won a $3.2 million settlement for the family of Daniel Sisson, a Vista jail inmate who died from drug-withdrawal complications in 2011.

**WATCHDOG**

**Investigative tips**

Call or text **858-224-BARK**

BLOW THE WHISTLE

The San Diego Sheriff's Department introduced its suicide prevention protocol in February. The changes were spearheaded by Dr. Alfred Joshua, who was hired in November 2013 as the department's chief medical officer.

In addition to better communication among jail staff and those who come into contact with inmates — other law enforcement agencies, court staff and medical providers — the protocol includes placing inmates flagged as a suicide risk in so-called "enhanced observation" modules, where cells have been stripped of any tie-off points to prevent hanging.

Inmates are given tear-proof suicide smocks and blankets and newly added protective fencing prevents them from jumping off the second tier of two-tier modules. The sheriff has hired additional mental health clinicians, Joshua said, and is in the process of hiring more.

In developing the program, Joshua said, sheriff's medical staff reviewed past inmate suicides and toured jails around the country that had successfully reduced their suicide rate, like Dallas, which had no inmate suicides for two years.

Identifying at-risk inmates is the most important part of any suicide prevention program, said Lindsay Hayes, project director for the National Center on Institutions & Alternatives and an expert on in-custody suicides.

"Jails do a very good job of keeping people alive — once they're identified as suicidal," Hayes said. "But that's really not what suicide prevention is. Suicide prevention is the identification process."

It can take awhile for reforms to take hold, Hayes said, and even then, no program is perfect.

"People slip through the cracks," he said. "Sometimes even with a good program in place, bad outcomes happen."

Joshua, the jail's medical director, said he couldn't comment specifically on Nishimoto's case. He said that if deputies or medical staff raise concern about an inmate being suicidal, that triggers further assessment to see if the inmate should be placed in a safety cell or enhanced observation module.

Joshua said the sheriff's department is working with consultants to develop a training program to help staff better identify suicidal inmates.

"As with any major change, training and consistent improvement in our process does not happen overnight," he said, "but I am confident with the systems we have in place and the training program that is being developed, the identification and treatment of those at risk for suicide will be greatly enhanced."

Contact contributor *Kelly Davis*.

Copyright © 2018, The San Diego Union-Tribune