THOMAS E. MONTGOMERY, County Counsel
County of San Diego
By MELISSA M. HOLMES, Senior Deputy (SBN 220961)
    FERNANDO KISH, Senior Deputy (SBN 236961)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 5836
E-mail: melissa.holmes@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Patrick Newlander and Christopher Olsen

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CHASSIDY NeSMITH, individually and as Guardian ad Litem on behalf of SKYLER KRISTOPHER SCOTT NeSMITH, and as Successor in Interest to KRISTOPHER SCOTT NeSMITH,

    Plaintiffs,

v.

COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually; and DOES 1 - 100, inclusive,

    Defendants.

No. 15-cv-0629-JLS (JMA)

OBJECTIONS TO DECLARATION OF DANIELLE R. PENA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DOC. NO 122-1]

| Material Objected to: | Objection: |
|---|---|
| ¶ 4 – On December 8, 2017, Plaintiff served an NOD requesting Rule 30 witnesses regarding the county's suicide prevention program and officials involved in the public response to the county's s publically-known suicide-related issues. Parties met and conferred for nearly two months regarding categories of testimony and documents. During those conversations, Senior Deputy Melissa Holmes represented her intent was to produce related communications. At the | Objection: relevance, lacks foundation, misstates procedural posture of case. *See* Declaration of Melissa Holmes filed herewith. |

| Material Objected to: | Objection: |
|---|---|
| last minute, Senior Deputy Melissa Holmes requested that I amend the NOD to reflect the categories and documents that were agreed to during meet and confer discussions. Plaintiff obliged. When the county received the amended NOD, it objected based on untimeliness as discovery cutoff had passed by one day in regards to the document production. (See Dkt.#76) [ECF No. 121-1 at 2:11-21.] | |
| ¶ 8 – When Plaintiff requested past suicide investigations in May of 2017 the county fought - for seven months - before it finally produced documents. During meet and confer discussions, the county refused to produce documents unless the scope was limited to two years and unless all personal-identifying information remained unknown and redacted. The county also refused to produce medical records associated with the inmates that committed suicide in 2012 and 2013. As such, Plaintiff can only rely on the investigations to prove a pattern of similar conduct, as conducting interviews and depositions was impossible without identifying information. [ECF No. 121-1 at 3:11-19.] | Objection: relevance, lacks foundation, misstates procedural posture of case. *See* Declaration of Melissa Holmes filed herewith. |

DATED: October 11, 2018

THOMAS E. MONTGOMERY, County Counsel

By: s/MELISSA M. HOLMES, Senior Deputy
Attorneys for Defendants County of San Diego, Patrick Newlander and Christopher Olsen

2   No. 15-cv-0629-JLS (JMA)