UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASSIDY NESMITH, individually and as Guardian ad Litem on behalf of S.K.S.N., and as Successor in Interest to KRISPHER SCOTT NESMITH, Plaintiffs, v. COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually; and DOES 1–100, inclusive, Defendants. | Case No.: 15-CV-629 JLS (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES AND HEARING FOR MOTIONS IN LIMINE**<br><br>(ECF No. 171) |

Presently before the Court is the Parties' Joint Motion to Continue Deadlines and Hearing for Motions in Limine ("Joint Mot.," ECF No. 171). The parties request the extension "[i]n light of the pandemic, and the uncertainty of a trial date." *Id.* at 1.

Good cause appearing, the Court **GRANTS** the Joint Motion. As requested by the Parties, the deadline for motions in limine is **CONTINUED** to June 3, 2021, and the

///

///

- 1 -

1 | deadline for oppositions thereto is **CONTINUED** to June 24, 2021. The hearing is
2 | **CONTINUED** to July 29, 2021, at 1:30 p.m.
3 |     **IT IS SO ORDERED.**
4 | Dated: February 19, 2021

                                        *Janis L. Sammartino*
                                        Hon. Janis L. Sammartino
                                        United States District Judge