UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASSIDY NESMITH, individually and as Guardian ad Litem on behalf of S.K.S.N., and as Successor in Interest to KRISTOPHER SCOTT NESMITH , <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually; and DOES 1–100, inclusive, <br><br>Defendants. | Case No.: 15-CV-629 JLS (AGS) <br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES AND HEARING FOR MOTIONS IN LIMINE** <br><br>(ECF No. 173) |

Presently before the Court is the Parties' Fourth[1] Joint Motion to Continue Deadlines and Hearing for Motions in Limine ("Joint Mot.," ECF No. 173). The Parties request the extension "[i]n light of the pandemic, and the uncertainty of a trial date," *id.* at 1; because, "in light of the ongoing pandemic, the witnesses will not be available for trial in the near future, specifically expert witnesses," *id.*; and in light of a two-week jury trial counsel for Plaintiff Chassidy NeSmith has scheduled to begin on June 15, 2021, in the United States District Court for the Central District of California, *see id.*

---

[1] By the Court's count, this is the fifth such motion. *See* ECF Nos. 163, 166, 169, 171, 173.

- 1 -

1  Good cause appearing, the Court **GRANTS** the Joint Motion; however, the Court
2  notes that it is disinclined to grant further extensions as to motions in limine.  As requested
3  by the Parties, the deadline for motions in limine is **CONTINUED** to August 2, 2021, and
4  the deadline for oppositions thereto is **CONTINUED** to August 23, 2021.  The hearing is
5  **CONTINUED** to September 23, 2021, at 1:30 p.m.
6      **IT IS SO ORDERED.**
7  Dated: May 11, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge