1
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT
9               SOUTHERN DISTRICT OF CALIFORNIA
10

11   CHASSIDY NESMITH, individually and        Case No.:  15-CV-629 JLS (AGS)
     as Guardian ad Litem on behalf of
12   S.K.S.N., and as Successor in Interest to  **ORDER GRANTING JOINT**
13   KRISTOPHER SCOTT NESMITH ,                 **MOTION TO CONTINUE**
                                                **DEADLINES AND HEARING**
14                              Plaintiffs,     **FOR MOTIONS IN LIMINE**

15   v.                                         (ECF No. 175)

16   COUNTY OF SAN DIEGO; WILLIAM
     D. GORE, individually; and DOES 1–100,
17   inclusive,
18                              Defendants.
19

20        Presently before the Court is the Parties' Fifth[1] Joint Motion to Continue Deadlines

21   and Hearing for Motions in Limine ("Joint Mot.," ECF No. 175).  The Parties jointly

22   request a two-week extension because "[t]he team representing defendants are unable to

23   meet the current motions in limine deadlines because they have to attend personal matters

24   and/or attend to personal matters out of town."  *See id*. at 1.

25        Good cause appearing, the Court **GRANTS** the Joint Motion; however, the Court

26   again notes that it is disinclined to grant further extensions as to motions in limine.  As

27   _____

28   [1] By the Court's count, this is the sixth such motion.  *See* ECF Nos. 163, 166, 169, 171, 173, 175.

- 1 -

15-CV-629 JLS (AGS)

requested by the Parties, the deadline for motions in limine is **CONTINUED** to <u>August 16, 2021</u>, and the deadline for oppositions thereto is **CONTINUED** to <u>September 7, 2021</u>. The hearing is **CONTINUED** to <u>October 7, 2021, at 1:30 p.m.</u>

     **IT IS SO ORDERED.**

Dated:  July 21, 2021

                                  *Janis L. Sammartino*

                                  Hon. Janis L. Sammartino
                                  United States District Judge

15-CV-629 JLS (AGS)