UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASSIDY NESMITH, et al.,<br><br>                        Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                        Defendants. | Case No.: 15-cv-00629-JLS-AGS<br><br>**ORDER: (1) GRANTING JOINT MOTION TO CONTINUE; AND (2) REQUIRING JOINT STATUS REPORT**<br><br>**[ECF Nos. 176; 210]** |

      Presently before the Court is the parties' Joint Motion to Continue Motion in Limine Hearing Date, wherein the parties request that the Court continue the October 7, 2021 Motion in Limine Hearing to December 2, 2021, or December 16, 2021. (ECF No. 210 at 2.) The parties provide that defense counsel will be in trial on October 7, 2021, and Plaintiffs' counsel are set for trial in mid-October through mid-November 2021, and have another trial set for December 6, 2021. (*Id.*)

      Good cause appearing, the Court hereby **GRANTS** the parties' joint motion (ECF No. 210) and **CONTINUES** the October 7, 2021 Motion in Limine Hearing (ECF No. 176) to **December 16, 2021**, at **1:30 PM** before Judge Sammartino.

      Additionally, in light of this further continuance of the Motion in Limine Hearing (*see* ECF Nos. 164; 167; 170; 172; 174; 176), the parties shall file a Joint Status Report no

///

1

15-cv-00629-JLS-AGS

later than **October 1, 2021**, that addresses each side's position as to whether a settlement conference before Magistrate Judge Michael S. Berg would be of value at this time.

**IT IS SO ORDERED.**

Dated: September 27, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge