UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASSIDY NESMITH, individually and as Guardian ad Litem on behalf of S.K.S.N., and as Successor in Interest to KRISTOPHER SCOTT NESMITH , <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually; and DOES 1–100, inclusive, <br><br>Defendants. | Case No.: 15-CV-629 JLS (AGS) <br><br>**ORDER GRANTING JOINT MOTION TO VACATE OR CONTINUE STATUS CONFERENCE** <br><br>(ECF No. 222) |

Presently before the Court is the Parties' Joint Motion to Vacate or Continue Status Conference ("Joint Mot.," ECF No. 222). In light of a tentative settlement and a status conference before the Honorable Daniel E. Butcher on March 4, 2022, the Parties request that the February 24, 2022 status conference before this Court be rescheduled. *See generally id.*

/ / /

/ / /

/ / /

/ / /

1  Good cause appearing, the Court **GRANTS** the Joint Motion and **CONTINUES** the
2  status conference presently scheduled for February 24, 2022, to <u>March 24, 2022, at 3:00</u>
3  <u>p.m.</u>
4  **IT IS SO ORDERED.**
5  Dated: February 23, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge