UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASSIDY NESMITH, individually and as Guardian ad Litem on behalf of S.K.S.N., and as Successor in Interest to KRISTOPHER SCOTT NESMITH, <br><br>                                    Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually; and DOES 1–100, inclusive, <br><br>                                    Defendants. | Case No.: 15-CV-629 JLS (AGS) <br><br> **ORDER GRANTING JOINT REQUEST TO CONTINUE STATUS CONFERENCE** <br><br> (ECF No. 224) |

Presently before the Court is the Parties' Joint Notice of Settlement and Request to Continue Status Conference ("Joint Req.," ECF No. 224). The Parties indicate that they have reached a settlement in this matter and accordingly request that the March 24, 2022 status conference "be continued at least 60 days to allow Plaintiffs sufficient time to bring a petition for minor's compromise." *Id.* at 1.

/ / /

/ / /

/ / /

/ / /

1    Good cause appearing, the Court **GRANTS** the Joint Request and **CONTINUES** the status conference presently scheduled for March 24, 2022, to May 26, 2022, at 3:00 p.m.

**IT IS SO ORDERED.**

Dated:  March 3, 2022

Hon. Janis L. Sammartino
United States District Judge